**D. E. WOOLDRIDGE et al.**

**v.**

**Preston CARROLL, Individually, D/B/A
Preston Carroll Construction Company,
et al.**

Court of Appeals of Kentucky.

Sept. 30, 1960.

D. E. Wooldridge, La Grange, for appellants.

James A. Hall, La Grange, for Preston Carroll.

Bruce R. Hamilton, La Grange, for city of La Grange.

PER CURIAM.

On motion for an appeal from a judgment on the pleadings, the motion is overruled and the judgment is affirmed.